1 | **STEPTOE & JOHNSON LLP**
Anthony J. Anscombe (SBN 135883)
2 | Johanna Oh (SBN 316681)
One Market Plaza
3 | Spear Tower, Suite 3900
San Francisco, CA 94105
4 | Telephone: (415) 365-6700
Facsimile: (312) 577-1370
5 | *aanscombe@steptoe.com*
*joh@steptoe.com*
6 |
7 | **STEPTOE & JOHNSON LLP**
Sarah D. Gordon (admitted *pro hac vice*)
8 | 1330 Connecticut Avenue, NW
Washington, D.C. 20036
9 | Telephone: (202) 429-3000
Facsimile: (202) 429-3902
10 | *sgordon@steptoe.com*

11 | *Attorneys for Defendant Sentinel Ins. Co., Ltd.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLGAN, an individual d/b/a JAMES COLGAN UNION SQUARE and JAMES COLGAN POTRERO HILL<br>            Plaintiff,<br>     v.<br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation, and DOES 1 to 20, inclusive,<br>            Defendants. | Case No.: 4:20-cv-04780-HSG<br><br>**STIPULATION AND ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT SENTINEL INSURANCE COMPANY, LTD.'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Judge: The Honorable Haywood S. Gilliam, Jr. |

1  Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern
2  District of California, Plaintiff James Colgan, an individual d/b/a James Colgan Union Square
3  and James Colgan Potrero Hill ("Plaintiff") and Defendant Sentinel Insurance Company, Ltd.
4  ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby
5  stipulate and agree as follows:
6      WHEREAS, on July 16, 2020, Defendant removed this action from the California
7  Superior Court for the County of San Francisco to this Court (*see* Dkt. No. 1);
8      WHEREAS, the only previous time modification in this case is the extension of
9  Defendant's time to respond to the Complaint, by stipulation pursuant to Local Rule 6-1(a) (*see*
10  Dkt. No. 7);
11     WHEREAS, on October 20, 2020, counsel for the Parties appeared for the Initial Case
12  Management Conference, during which counsel for the Parties agreed that discovery should be
13  stayed until Defendant's motion for judgment on the pleadings can be filed and resolved (*see*
14  Dkt. No. 23);
15     WHEREAS, at the Initial Case Management Conference, the Court directed counsel for
16  the Parties to meet and confer and e-file by October 27, 2020 a stipulation and proposed order
17  setting a briefing and hearing schedule on Defendant's forthcoming motion for judgment on the
18  pleadings that includes a file date of November 3, 2020 (*see* Dkt. No. 23);
19     WHEREAS, on October 21, 2020, counsel for the Parties met and conferred and agreed
20  on a briefing and hearing schedule on Defendant's forthcoming motion for judgment on the
21  pleadings;
22     WHEREAS, the briefing and hearing schedule agreed to by the Parties will not alter the
23  date of any event or any deadline already fixed by Court order.
24     NOW, THEREFORE, the Parties, by and through their respective undersigned counsel,
25  hereby stipulate as follows:
26     1. The deadline for Defendant to file its Motion for Judgment on the Pleadings
27        ("Motion") shall be set for November 3, 2020;

2. The deadline for Plaintiff to file its Opposition to the Motion shall be November 24, 2020;

3. The deadline for Defendant to file its Reply shall be December 8, 2020; and

4. The hearing on the Motion shall be set for Thursday, January 28, 2021 at 2:00 p.m, the Court's first available hearing date.

IT IS SO STIPULATED.

DATED:  October 23, 2020             STEPTOE & JOHNSON LLP

By:   /s/ *Anthony J. Anscombe*
    Anthony J. Anscombe
    *Attorneys for Defendant*

DATED:  October 23, 2020             GUY O. KORNBLUM, APLC

By:    /s/ *Yaelle E. Shaham*
    Yaelle E. Shaham
    *Attorneys for Plaintiff*

### SIGNATURE ATTESTATION

In accordance with Local Rule 5-1(i)(3), I, Anthony J. Anscombe, have obtained concurrence in the filing of this document from the other signatory listed here.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   10/27/20

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE