UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES COLGAN,

        Plaintiff,

   v.

SENTINEL INSURANCE COMPANY, LTD.,

        Defendant.

Case No. 20-cv-04780-HSG

**ORDER DISMISSING ACTION WITH PREJUDICE**

On January 26, 2021, the Court granted Defendant Sentinel Insurance Co.'s motion for judgment on the pleadings, but granted Plaintiff leave to amend the complaint. Dkt. No. 36. Plaintiff has since confirmed that he declines to amend and will instead stand on the pleadings. *See* Dkt. No 42. The Court therefore **DISMISSES** the case with prejudice. The Court further **DISCHARGES** the order to show cause. Dkt. No. 40. The Clerk is directed to enter judgment in favor of Defendant and to close the case.

**IT IS SO ORDERED.**

Dated: 3/3/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge