|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAY 12 2022 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

JAMES COLGAN, DBA James Colgan Potrero Hill, DBA James Colgan Union Square, an individual,

        Plaintiff-Appellant,

  v.

SENTINEL INSURANCE COMPANY, LTD., a Connecticut Corporation,

        Defendant-Appellee.

No. 21-15332

D.C. No. 4:20-cv-04780-HSG
Northern District of California, Oakland

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 25), this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/5.9.22/Pro Mo